*November 9, 1932.*

WILL OF SCHMIDT: PFEILER and others, Appellants, vs. CITIZENS STATE BANK, Respondent.

For the appellants: *Charles Voigt* of Sheboygan.
For the respondent: *Buchen & Schlichting* of Sheboygan.

*By the Court.*—Judgment affirmed.

LEICHT TRANSFER & STORAGE COMPANY and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants: *Otjen & Otjen* of Milwaukee.
For the respondent Industrial Commission: *John W. Reynolds,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.

FRANZ, Administratrix, Respondent, vs. ROACH, Appellant.

For the appellant: *Lockney & Lowry* of Waukesha.
For the respondent: *Jacobson & Malone* of Waukesha.

*By the Court.*—Order affirmed.